UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONATHAN C. BURAS** | **CIVIL ACTION** |
| **VERSUS** | **NO:  04-3307-SRD-SS** |
| **JO ANNE B. BARNHART,**<br>**COMMISSIONER OF SOCIAL SECURITY** | |

## REPORT AND RECOMMENDATION

The plaintiff, Jonathan C. Buras ("Buras"), through his attorney, Michael D. Breaux, seeks an award of attorney's fees in the amount of $3,987.50 and costs of $150.00.  The fees are sought pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The defendant, Jo Anne B. Barnhart, Commissioner of Social Security Administration ("Commissioner"), has no opposition. The motion has merit.

## RECOMMENDATION

Accordingly, IT IS RECOMMENDED that Buras' motion for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), (Rec. doc. 13) be GRANTED and that Buras be awarded attorney's fees in the amount of $3,987.50 and costs of $150.00.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) working days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 7th day of June, 2006.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**