UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONATHAN C. BURAS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 04-3307** |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | **SECTION: "K"(1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date defendant has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the application of the plaintiff, Jonathan C. Buras, for an award of attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Rec. doc. 13) is GRANTED and that he is awarded attorney's fees in the amount of $3,987.50 and costs of $150.00.

New Orleans, Louisiana, this  30th  day of June, 2006.

_____
**United States District Court Judge**